CHARLES DEMENT *et al.*

*v.*

GURDON HEWITT *et al.*

APPEAL from the Circuit Court of Stephenson county; the Hon. BENJAMIN R. SHELDON, Judge, presiding.

Mr. WILLIAM BARGE and Mr. J. H. KNOWLTON, for the appellants.

Messrs. TURNER & NEFF, for the appellees.

Mr. JUSTICE LAWRENCE: This case is, in principle, precisely like that of *Parmelee* v. *Lawrence*, preceding this. It is unnecessary to repeat what has been said in that case.